UNITED STATES of America, Plaintiff–Appellee

v.

Sachay M. STEWARD, Defendant–Appellant.

No. 13–3276.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 31, 2014.

Filed: Feb. 7, 2014.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Stephen C. Moss, Acting Fed. Public Defender, on the brief), for appellant.

Sachay M. Steward, Fort Worth, TX, pro se.

David A. Barnes, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Steward appeals after the district court[1] revoked her supervised release for the second time and sentenced her to serve 15 months in prison. We affirm.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

Having carefully reviewed the arguments for reversal before us, we conclude that (1) the court did not abuse its discretion in revoking supervised release, because Steward stipulated that she engaged in conduct that violated her release conditions, *see United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review); (2) the sentence is not unreasonable, because it was within statutory limits, and the district court considered appropriate factors and gave detailed reasons for the sentencing decision, *see* 18 U.S.C. § 3583(e)(3); *United States v. Thunder,* 553 F.3d 605, 608–09 (8th Cir.2009); and (3) her remaining arguments involve matters involved in prior revocation proceedings that are not before us in this appeal.

The judgment is affirmed. We also grant counsel's motion to withdraw.